**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RAHMAN PRATT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 11-670-CG-C** |
| | ) | |
| **NEW HEALTH DYNAMICS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## JUDGMENT

In accordance with the court's order entered this date, granting defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant, New Health Dynamics, Inc., and against Plaintiff, Rahman Pratt.  This case is hereby **DISMISSED WITH PREJUDICE.**

**DONE and ORDERED** this 21st day of March, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE